IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ANTONIO REED                                                                                    PLAINTIFF

v.                                   No. 4:13CV00592 JLH

HEALTHSCOPE BENEFITS, INC.;
and SHIRLEY WALTERS                                                                    DEFENDANTS

## ORDER

Plaintiff's motion to dismiss with prejudice is GRANTED.  Document #42.  This action is hereby dismissed in its entirety with prejudice.  Each party will bear its own fees and costs.

IT IS SO ORDERED this 22nd day of September, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE